UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street, Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

In Re:

Rolinson Timothy

Case No.: 20-15715

Judge: John K. Sherwood

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  NewRez - Shellpoint Mortgage , creditor,

   A hearing has been scheduled for  5/13/2021 , at  10:00 .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $  3,900.00 , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor will pay remaing balance by end of May 2021, inclusing May's payment. Due to his medical condition, he depends on his niece to help him with his monthly diligences.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 04/21/2021                                                    /s/ Rolinson Timothy
                                                                              Debtor's Signature

Date: _____                                    _____
                                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



*for Robinson Timothy*

**Account History**

Henry Street
1-800-724-2440

****3082
EZChoice Checking

| Posting Date | Authorization Date\Time | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 04/20/2021 | | Detail not available | $12.99 | | $0.00 |
| 04/15/2021 | 04/15/2021 02:01:07 PM | WEB XFER TO SAV  15004245989990 | $1,460.00 | | $34.79 |
| 04/14/2021 | 04/13/2021 Time Not Avail | OVERDRAFT FEE -NEWREZ-SHELLPOIN ACH PMT | $38.50 | | $1,494.79 |
| 04/14/2021 | 04/14/2021 11:40:59 PM | ZELLE P2P PAYMENT SENT ON 04/14 \ | $200.00 | | $1,533.29 |
| 04/14/2021 | 04/14/2021 08:02:22 PM | PHONE TRANSFER DEPOSIT | | $1,700.00 | $1,733.29 |
| 04/14/2021 | 04/14/2021 07:31:20 AM | WEB XFER FROM SAV 15004245989990 | | $40.00 | $33.29 |
| * 04/13/2021 | 04/13/2021 Time Not Avail | NEWREZ-SHELLPOIN ACH PMT | $3,900.00 *Mortgage* | | $6.71- |
| 04/13/2021 | 04/13/2021 Time Not Avail | TFS 888-729-2413 TFS PAY | $1,656.99 | | $3,893.29 |
| 04/13/2021 | 04/13/2021 07:34:14 AM | WEB XFER TO CHK  00009883828072 | $250.00 | | $5,550.28 |
| 04/12/2021 | 04/12/2021 08:23:10 PM | WEB XFER FROM CHK 00009879211424 | | $2,400.00 | $5,800.28 |
| 04/12/2021 | 04/12/2021 08:20:30 PM | WEB XFER FROM SAV 15004245989990 | | $3,400.00 | $3,400.28 |
| 04/12/2021 | 04/11/2021 10:56:08 AM | WEB XFER FROM CHK 00009883828072 | | $18.00 | $.28 |
| 04/08/2021 | 04/07/2021 Time Not Avail | CHECK NUMBER     10127 | $19.95 | | $17.72- |
| 04/08/2021 | 04/08/2021 12:06:20 PM | WEB XFER FROM CHK 00009883828072 | | $40.00 | $2.23 |
| 04/07/2021 | 04/05/2021 01:11:01 AM | OVERDRAFT FEE    -HLU*HULU 1775961256761HU | $38.50 | | $37.77- |
| 04/07/2021 | 04/07/2021 10:42:04 AM | WEB XFER TO CHK  00009879211424 | $400.00 | | $.73 |
| 04/07/2021 | 04/07/2021 10:41:28 AM | WEB XFER TO CHK  00009879211424 | $950.00 | | $400.73 |
| 04/07/2021 | 04/07/2021 07:06:21 AM | PHONE TRANSFER DEPOSIT | | $1,350.00 | $1,350.73 |
| 04/07/2021 | 04/07/2021 06:15:50 AM | WEB XFER FROM CHK 00009879211424 | | $22.00 | $.73 |
| 04/06/2021 | 04/05/2021 01:11:01 AM | HLU*HULU 1775961256761HULU.COM/BILL | $17.98 | | $21.27- |
| 04/05/2021 | 04/03/2021 09:59:01 AM | RED CRAB         ORANGE | $19.82 | | $3.29- |
| 04/05/2021 | 04/03/2021 09:51:01 AM | JOES MARKET OF HICKORYCITY OF ORANG | $7.98 | | $16.53 |
| 04/05/2021 | 04/02/2021 Time Not Avail | STAPLES      00101683WEST ORANGE | $3.04 | | $24.51 |
| 04/05/2021 | 04/02/2021 Time Not Avail | STAPLES      00101683WEST ORANGE | $2.86 | | $27.55 |
| 04/05/2021 | 04/02/2021 Time Not Avail | STAPLES      00101683WEST ORANGE | $1.43 | | $30.41 |
| 04/05/2021 | 04/02/2021 10:20:01 AM | STAPLES      00101683WEST ORANGE | $5.72 | | $31.84 |

This is not an official statement

04/20/2021                    01:26 PM                                                    1

| Posting Date | Authorization Date\Time | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 04/05/2021 | 04/01/2021 11:15:01 PM | AMAZON PRIME*ST3SZ0M13AMZN.COM/BILL | $13.85 | | $37.56 |
| 04/05/2021 | 04/01/2021 09:45:01 PM | HSN*HSN1730418618 2OF3800-2843900 | $26.66 | | $51.41 |
| 04/02/2021 | 03/31/2021 06:42:01 PM | OLD NAVY US 3808    NEWPORT | $188.47 | | $78.07 |
| 04/01/2021 | 04/01/2021 08:20:11 AM | WEB XFER TO SAV   15004245989990 | $2,000.00 | | $266.54 |
| 03/31/2021 | 03/31/2021 Time Not Avail | PSEG PENSION PAYMENT | | $2,285.04 | $2,266.54 |
| 03/31/2021 | 03/31/2021 06:19:19 AM | ZELLE P2P PAYMENT SENT ON 03/31 \ | $20.00 | | $18.50- |
| 03/25/2021 | 03/25/2021 Time Not Avail | COUNTER WITHDRAWAL | $1,400.00 | | $1.50 |
| 03/25/2021 | 03/25/2021 12:48:04 PM | WEB XFER FROM CHK 00009879211424 | | $1,400.00 | $1,401.50 |
| 03/24/2021 | 03/23/2021 11:00:01 PM | FUBOTV INC    844-4413826 | $69.99 | | $1.50 |
| 03/24/2021 | 03/24/2021 12:58:18 PM | WEB XFER FROM CHK 00009879211424 | | $70.00 | $71.49 |
| 03/22/2021 | 03/20/2021 01:10:01 AM | CANVA* 03000-3685395 HTTPSCANVA.CO | $12.99 | | $1.49 |
| 03/15/2021 | 03/12/2021 10:16:01 AM | HSN*HSN1700565599 5OF5800-2843900 | $111.99 | | $14.48 |
| 03/12/2021 | 03/12/2021 10:14:57 AM | WEB XFER FROM CHK 00009879211424 | | $115.00 | $126.47 |
| 03/11/2021 | 03/11/2021 04:30:01 PM | WEB XFER TO CHK   00009879211424 | $1,600.00 | | $11.47 |
| 03/11/2021 | 03/11/2021 02:15:53 PM | PHONE TRANSFER DEPOSIT | | $1,600.00 | $1,611.47 |
| 03/09/2021 | 03/07/2021 10:49:01 AM | EXTRAADVANCEPERFORMANC833-80 98404 | $68.93 | | $11.47 |
| 03/08/2021 | 03/05/2021 01:42:01 AM | HLU*HULU 1775961252736HULU.COM/BILL | $17.98 | | $80.40 |
| 03/08/2021 | 03/05/2021 Time Not Avail | CHECK NUMBER    5637 | $19.95 | | $98.38 |
| 03/04/2021 | 03/03/2021 Time Not Avail | HSN*HSN1730417757 1OF4800-2843900 | $537.64 | | $118.33 |
| 03/04/2021 | 03/03/2021 Time Not Avail | HSN*HSN1730418618 1OF3800-2843900 | $37.83 | | $655.97 |
| 03/04/2021 | 03/03/2021 Time Not Avail | PARKING AUTHORITY NEWANEWARK | $1.00 | | $693.80 |
| 03/03/2021 | 03/02/2021 09:28:01 PM | CVS/PHARMACY #     03/02 K12159 | $17.05 | | $694.80 |
| 03/03/2021 | 03/02/2021 03:44:01 PM | COSTCO GAS #1177    WAYNE | $22.21 | | $711.85 |
| 03/03/2021 | 03/02/2021 03:23:01 PM | PIN COSTCO WHSE #1177 WAYNE | $220.70 | | $734.06 |
| 03/03/2021 | 03/02/2021 02:10:01 PM | SQ *HAIR SO FAB ORANGEORANGE | $85.30 | | $954.76 |
| 03/03/2021 | 03/01/2021 11:10:01 PM | AMAZON PRIME*HC8BE0BG3AMZN.COM/BILL | $13.85 | | $1,040.06 |
| 03/03/2021 | 03/01/2021 04:20:01 PM | DOORDASH*MCDONALDS WWW.DOORDASH. | $20.18 | | $1,053.91 |
| 03/02/2021 | 03/02/2021 10:11:43 AM | ZELLE P2P PAYMENT SENT ON 03/02 \ | $50.00 | | $1,074.09 |
| 03/02/2021 | 03/02/2021 09:02:56 AM | ZELLE P2P PAYMENT SENT ON 03/02 \ | $1,850.00 | | $1,124.09 |
| 03/02/2021 | 03/02/2021 04:43:05 AM | WEB XFER FROM CHK 00009879211424 | | $890.00 | $2,974.09 |

This is not an official statement

04/20/2021                                01:26 PM                                                     2