**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on June 25, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

    ROLINSON TIMOTHY

**Case No.:  20-15715**

**Judge:  JOHN K. SHERWOOD**

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: June 25, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ROLINSON TIMOTHY


Case No.:  20-15715JKS

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of NAVIENT SOLUTIONS LLC, Court Claim Number 4, be reduced to

amount paid to date through the plan by the Standing Trustee.