UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Rolinson Timothy

Case No.: 20-15715

Judge: John K. Sherwood

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by __Marie-Ann Greenberg, Trustee__,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____1650.00_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor will pay the remaining balance by 12/10/2021 $819.00.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/03/2021

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Case 20-15715-JKS    Doc 73    Filed 12/03/21    Entered 12/03/21 14:17:04    Desc Main
Document      Page 3 of 3

  

## All Transactions

**Name**
Rolinson Edgar Timothy

**Address**
12 Mckinnley Place, West Orange, NJ, 07052

**Completed Transactions**
5

**Paid via TFS**
$6,604.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| N/A | Monthly Plan Payment | 20-15715 | | | 10418454 | $1,650.00 | Scheduled |
| August 31, 2021 | Automatic Payment | 20-15715 | September 07, 2021 | September 08, 2021 | 9831667 | $825.00 | Complete |
| August 06, 2021 | Monthly Plan Payment | 20-15715 | August 12, 2021 | August 13, 2021 | 9684003 | $79.00 | Complete |
| August 02, 2021 | Automatic Payment | 20-15715 | August 06, 2021 | August 09, 2021 | 9646998 | $2,400.00 | Complete |
| April 26, 2021 | Automatic Payment | 20-15715 | April 30, 2021 | May 03, 2021 | 9045023 | $1,650.00 | Complete |
| April 12, 2021 | Automatic Payment | 20-15715 | April 16, 2021 | April 19, 2021 | 8965089 | $1,650.00 | Complete |
| April 07, 2021 | Automatic Payment | 20-15715 | | | 8936978 | $1,650.00 | Failed |