| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>ROLINSON TIMOTHY |

Order Filed on January 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-15715 JKS

Hearing Date:  1/13/2022

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 14, 2022

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): ROLINSON TIMOTHY

Case No.: 20-15715

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 01/13/2022 on notice to MICHELLE LABAYEN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $3,050.00 to the Trustee's office by 1/20/2022 or the case will be dismissed with attorney consent to no further notice or hearing; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 1/27/2022 at 10:00 AM.