UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg   MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ROLINSON TIMOTHY

Case No.: 20-15715

Adv. No.:

Hearing Date:

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/17/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ROLINSON TIMOTHY
12 MCKINNLEY PLACE
WEST ORANGE, NJ  07052
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHELLE LABAYEN
LAW OFFICES OF MICHELLE LABAYEN PC
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 17, 2022

By:  /S/  Jessica Antoine
     Jessica Antoine