Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−15715−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rolinson Timothy
   12 McKinnley Place
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−9349

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/23/22 at 10:00 AM

to consider and act upon the following:

*79* – Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 05/27/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Kaplan, Harold)

*83* – Certification in Opposition to Certification of Default by New Rez (related document:79 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay) filed by Harold N. Kaplan on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 05/27/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Michelle Labayen on behalf of Rolinson Timothy. (Labayen, Michelle)

Dated: 5/26/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court